# Exhibit A

## (State Court Documents)

CSC

**LDD / ALL**
**Transmittal Number: 29336934**
**Date Processed: 06/18/2024**

# Notice of Service of Process

**Primary Contact:** Heather McClow
Lowe's Companies, Inc.
1000 Lowes Blvd
Mooresville, NC 28117-8520

| | |
|---|---|
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number 2515365 |
| **Entity Served:** | Lowe's Home Centers, LLC |
| **Title of Action:** | Pamela C. Padgett vs. Lowe's Companies, Inc. |
| **Matter Name/ID:** | Pamela C. Padgett vs. Lowe's Companies, Inc. (15870734) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Lexington County Court of Common Pleas, SC |
| **Case/Reference No:** | 2022-CP-32-00815 |
| **Jurisdiction Served:** | North Carolina |
| **Date Served on CSC:** | 06/18/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Stanton Law Offices, P.A.<br>803-929-1484 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

CSC

**LDD / ALL**
**Transmittal Number: 29336943**
**Date Processed: 06/18/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Heather McClow<br>Lowe's Companies, Inc.<br>1000 Lowes Blvd<br>Mooresville, NC 28117-8520 |

| | |
|---|---|
| **Entity:** | Lowe's Home Centers, LLC<br>Entity ID Number 2515365 |
| **Entity Served:** | Lowe's HIW, Inc. |
| **Title of Action:** | Pamela C. Padgett vs. Lowe's Companies, Inc. |
| **Matter Name/ID:** | Pamela C. Padgett vs. Lowe's Companies, Inc. (15870734) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Lexington County Court of Common Pleas, SC |
| **Case/Reference No:** | 2022-CP-32-00815 |
| **Jurisdiction Served:** | North Carolina |
| **Date Served on CSC:** | 06/18/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Stanton Law Offices, P.A.<br>803-929-1484 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

CSC

**LDD / ALL**
**Transmittal Number: 29336916**
**Date Processed: 06/18/2024**

# Notice of Service of Process

**Primary Contact:** Heather McClow
Lowe's Companies, Inc.
1000 Lowes Blvd
Mooresville, NC 28117-8520

| | |
|---|---|
| **Entity:** | Lowe's Companies, Inc.<br>Entity ID Number 2515374 |
| **Entity Served:** | Lowe's Companies, Inc. |
| **Title of Action:** | Pamela C. Padgett vs. Lowe's Companies, Inc. |
| **Matter Name/ID:** | Pamela C. Padgett vs. Lowe's Companies, Inc. (15870734) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Lexington County Court of Common Pleas, SC |
| **Case/Reference No:** | 2022-CP-32-00815 |
| **Jurisdiction Served:** | North Carolina |
| **Date Served on CSC:** | 06/18/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Stanton Law Offices, P.A.<br>803-929-1484 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

CSC

**LDD / ALL**
**Transmittal Number: 29336929**
**Date Processed: 06/18/2024**

# Notice of Service of Process

**Primary Contact:** Heather McClow
Lowe's Companies, Inc.
1000 Lowes Blvd
Mooresville, NC 28117-8520

| | |
|---|---|
| **Entity:** | Lowe's Home Improvement, LLC<br>Entity ID Number 2515370 |
| **Entity Served:** | Lowe's Home Improvement, Inc. |
| **Title of Action:** | Pamela C. Padgett vs. Lowe's Companies, Inc. |
| **Matter Name/ID:** | Pamela C. Padgett vs. Lowe's Companies, Inc. (15870734) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Lexington County Court of Common Pleas, SC |
| **Case/Reference No:** | 2022-CP-32-00815 |
| **Jurisdiction Served:** | North Carolina |
| **Date Served on CSC:** | 06/18/2024 |
| **Answer or Appearance Due:** | 30 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Stanton Law Offices, P.A.<br>803-929-1484 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674 (888) 690-2882 | sop@cscglobal.com

ELECTRONICALLY FILED - 2024 Feb 21 9:22 AM - LEXINGTON - COMMON PLEAS - CASE#2024CP3200815

| | | |
|---|---|---|
| STATE OF SOUTH CAROLINA<br>COUNTY OF LEXINGTON | ) | IN THE COURT OF COMMON PLEAS<br>CASE NO.: 2022-CP-32-00815 |
| PAMELA C. PADGETT AND<br>TIMOTHY L. PADGETT,<br><br>Plaintiffs,<br><br>v.<br><br>LOWE'S COMPANIES, INC.,<br>LOWE'S HOME IMPROVEMENT, INC.,<br>LOWE'S HOME CENTERS, LLC, AND<br>LOWE'S HIW, INC.,<br><br>Defendants. | ) | **SUMMONS**<br><br>(Jury Trial Demanded) |

TO THE DEFENDANTS ABOVE NAMED:

Suit as set forth in the accompanying Complaint has been filed in the office of the Court of Common Pleas for Lexington County, a copy of which is being served upon you, and you are hereby directed to serve a copy of your Answer to the said Complaint upon the subscriber at his office at P.O. Box 245, Columbia, South Carolina, 29202 (1230 Richland Street 20201), within thirty (30) days after service hereof exclusive of the day of said service, and if you fail to answer the Complaint within the time aforesaid, the Plaintiff in this action will apply to the Court for the relief demanded in said Complaint, in the form of judgment by default.

DATED at Columbia, South Carolina, on the 20th day of February, 2024.

s/M. Baron Stanton
M. Baron Stanton
(S.C. Bar No. 07970)
STANTON LAW OFFICES, P.A.
Post Office Box 245
Columbia, South Carolina 29202
803-929-1484
bstanton@stantonlaw.com
ATTORNEY FOR THE PLAINTIFFS

ELECTRONICALLY FILED - 2024 Feb 21 9:22 AM - LEXINGTON - COMMON PLEAS - CASE#2024CP3200815

STATE OF SOUTH CAROLINA )
)
COUNTY OF LEXINGTON )

IN THE COURT OF COMMON PLEAS
CASE NO.: 2022-CP-32-00815

PAMELA C. PADGETT AND
TIMOTHY L. PADGETT,

Plaintiffs,

v.

LOWE'S COMPANIES, INC.,
LOWE'S HOME IMPROVEMENT, INC.,
LOWE'S HOME CENTERS, LLC, AND
LOWE'S HIW, INC.,

Defendants.

**COMPLAINT**

(Jury Trial Demanded)

NOW COME the Plaintiffs above named, complaining of the Defendants above named, and would respectfully allege and show unto this Honorable Court as follows and request the following relief:

FOR A FIRST CAUSE OF ACTION

(By Mrs. Padgett)

1. The Plaintiffs are citizens and residents of the County of Lexington, State of South Carolina.

2. The Defendant Lowe's Companies, Inc. is, upon information and belief, a North Carolina Corporation headquartered in Mooresville, N.C. and the other named defendants are, upon information and belief, subsidiaries or other affiliates of the former, also headquartered in Mooresville, and one or more of the defendants does business in the State of South Carolina, and is doing substantial and continuous business in Lexington County, South Carolina as an owner or operator or contractor-vendor, of the store sometimes known as Lowe's Store #0499 at 2829

ELECTRONICALLY FILED - 2024 Feb 21 9:22 AM - LEXINGTON - COMMON PLEAS - CASE#2024CP3200815

Augusta Road in West Columbia, S.C. 29170, taxed in the name of Lowe's Home Centers, Inc., which taxed entity upon information and belief is Defendant Lowe's Home Centers, LLC (said location being the "Store") and said one or more defendants is the defendant responsible, or are the defendants responsible, for the matters alleged herein (all named defendants collectively being referred to as "Lowe's").

3. This Honorable Court has jurisdiction over the parties and subject matter herein set forth.

4. Plaintiff Pamela C. Padgett, who was a patron at the Lowe's Store on or about February 22, 2021 and was being guided and directed in the Store by a Lowe's employee, tripped and fell as a result of a low height display item placed down on the floor in a high traffic area by Lowes employees on a corner of two isles near a rug which was also part of the display. Mrs. Padgett smashed, apparently face and arms first, into the concrete floor, into the item she was carrying, and into the shards of the item or other items. Mrs. Padgett had no actual or constructive notice of the presence of the hazardously located hazardous item on the premises of Lowe's.

5. As a result of her fall, Mrs. Padgett suffered injuries to her right wrist, teeth, face tissue (e.g., skin), nose, lower neck tissue (e.g., skin), right shoulder structures, neck structure (e.g., disks), trapezious area of upper back and neck, right shin tissue (e.g., skin), left wrist tissue (e.g., skin), and other areas or parts or systems, which have caused her to undergo much physical pain and suffering, and some disfigurement, have caused her, and will in the future cause her, trauma, anxiety, annoyance, inconvenience, loss of enjoyment of life, and loss of time and physical capability and productivity in attending to her personal, family, spousal and other matters, and have caused her to seek and undergo medical and other physical examinations, consultations, treatment and palliation which have been costly, time-consuming, and in some cases stressful or painful, all to her general

ELECTRONICALLY FILED - 2024 Feb 21 9:22 AM - LEXINGTON - COMMON PLEAS - CASE#2024CP3200815

and special damage and detriment.

6. Lowe's was negligent, willful, wanton, careless, and grossly negligent, at the time and place above mentioned, in one or more of the following particulars:

a. In creating the hazard;

b. In creating the hazard when Lowe's either knew or should have known it was a dangerous condition;

c. In failing to remove the hazard from the floor when Lowe's either knew or should have known of its presence and dangerous condition;

d. In failing to warn Mrs. Padgett of such hazardous condition;

e. In failing to warn Mrs. Padgett of, and protect her from such hazardous condition by signs, barriers or barricades;

f. In failing to properly inspect its floors to ensure that they were safe for persons known to be traveling;

g. In failing to properly inspect its displays to ensure that they were safe for persons known to be traveling;

h. In failing to properly train, and verify the successful training of, its personnel to design, create and set up displays that were safe for persons known to be traveling; and

i. In failing to use the degree of care and caution that a reasonable and prudent person would have used under the circumstances then and there prevailing:

all of which were the direct and proximate cause of the injuries and damages suffered by Mrs. Padgett herein.

ELECTRONICALLY FILED - 2024 Feb 21 9:22 AM - LEXINGTON - COMMON PLEAS - CASE#2024CP3200815

7. Mrs. Padgett is informed and believes that she is entitled to judgment against Lowes for actual damages as a direct and proximate result of the actions or inactions of Lowe's, in an appropriate amount to be determined by this Court, the costs of this action and such other and further relief as this Court deems just and proper.

FOR A SECOND CAUSE OF ACTION

(By Mr. Padgett)

8. The foregoing allegations are incorporated here as if repeated verbatim.

9. At the time of the incident, the Plaintiffs were married. The Plaintiffs continue to be married.

10. As a result of the wrongful and negligent acts or inaction of Lowe's, the Plaintiffs were caused to suffer, and will continue to suffer in the future, loss of consortium, loss of society, affection, assistance, and conjugal fellowship, all to the detriment of their marital relationship.

11. As a result of the incident, Plaintiff Timothy L. Padgett suffered damage to the marital relationship, deprivation of companionship, love, affection, society, comfort, solace, assistance, and lost counsel, lost emotional support, lost support in the home with his occupation as a builder, lost household services, lost and impaired conjugal relations, and lost care for the Plaintiffs' dependent and disabled daughter in the home.

12. All the injuries and damages were caused directly and proximately by the aforedescribed actions or inactions of Lowes.

13. Mr. Padgett is informed and believes that he is entitled to judgment against Lowe's for actual damages as a direct and proximate result of the actions or inactions of Lowe's, in an

ELECTRONICALLY FILED - 2024 Feb 21 9:22 AM - LEXINGTON - COMMON PLEAS - CASE#2024CP3200815

appropriate amount to be determined by this Court, the costs of this action and such other and further relief as this Court deems just and proper.

WHEREFORE:

The Plaintiff Pamela C. Padgett prays for judgment against the defendants jointly and severally for actual damages in an appropriate amount, for the costs of this action, and for such and other relief as this Court might deem just and proper; and

The Plaintiff Timothy L. Padgett prays for judgment against the defendants jointly and severally for actual damages in an appropriate amount, for the costs of this action, and for such and other relief as this Court might deem just and proper.

**JURY TRIAL DEMANDED**

February 20, 2024

s/M. Baron Stanton
M. Baron Stanton
(S.C. Bar No. 07970)
STANTON LAW OFFICES, P.A.
Post Office Box 245
Columbia, South Carolina 29202
803-929-1484
bstanton@stantonlaw.com
ATTORNEY FOR THE PLAINTIFFS